UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GLORIA HILL, Personal Representative of the Estate of Alfred Hill, Jr., Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 1:23-cv-00558-RLY-MKK |
| HOBBY LOBBY STORES, INC., CHRISTOPHER LYLES, AMER AL FATLAWI, AQEEL ALZIRGANY, LOLO TRUCKING, INC., and PROGRESS FREIGHT LLC, ) ) ) ) ) | |
| Defendants. ) ) | |
| AMER AL FATLAWI, ) ) | |
| Counter/Cross Claimant, ) ) ) | |
| v. ) ) | |
| HOBBY LOBBY STORES, INC., CHRISTOPHER LYLES, MOVING BUSINESS FAST INT'L, INC., and ESTATE OF ALFRED HILL, ) ) ) ) ) | |
| Counter/Cross Defendants. ) ) ) | |
| HOBBY LOBBY STORES, INC., ) ) | |
| Cross Claimants, ) ) | |
| v. ) ) | |
| LOLO TRUCKING, INC., and AMER AL FATLAWI, ) ) ) | |
| Cross Defendants. ) | |

1

## ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gloria Hill, Personal Representative of the Estate of Alfred Hill, Jr., and Defendants Amer Al Fatlawi, Aqueel Alzirgany, Lolo Trucking, Inc., Christopher Lyles, and Hobby Lobby Stores, Inc., have stipulated to the dismissal with prejudice of Plaintiff's action against Defendants. (Filing No. 76). They have also stipulated to the dismissal with prejudice of Crossclaim Plaintiff Hobby Lobby Stores, Inc.'s action against Crossclaim Defendants Lolo Trucking, Inc., and Amer Al Fatlawi. (*Id.*). Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Village of Maywood*, 506 F.3d 622, 624 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself."). Accordingly, the court acknowledges these claims have been dismissed from this action.

Now, only *pro se* Counterclaim/Crossclaim/Third Party Plaintiff Amer Al Fatlawi's claims against the Estate of Alfred Hill, Christopher Lyles, Hobby Lobby Stores, Inc., and Moving Business Fast International, Inc., **remain pending**. Therefore, the court **DIRECTS** the Clerk to **UPDATE** the caption to the following:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMER AL FATLAWI, )<br>)<br>)<br>Counter Claimant, )<br>)<br>v. )<br>)<br>GLORIA HILL, Personal Representative of the ) | No. 1:23-cv-00558-RLY-MKK |

| | |
|---|---|
| Estate of Alfred Hill, Jr., Deceased, | ) |
| Counter Defendant. | ) |
| | ) |
| AMER AL FATLAWI, | ) |
| Cross Claimant, | ) |
| v. | ) |
| HOBBY LOBBY STORES, INC., and CHRISTOPHER LYLES, | ) |
| Cross Defendants. | ) |
| | ) |
| AMER AL FATLAWI, | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| MOVING BUSINESS FAST INT'L, INC., | ) |
| Third Party Defendant. | ) |

**IT IS SO ORDERED** this 4th day of November 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.

Mail to:
Amer Al Fatlawi
1545 N. 60th Street
Lincoln, NE 68505