UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMER AL FATLAWI, | )<br>)<br>) |
| Counter Claimant, | )<br>) |
| v. | ) No. 1:23-cv-00558-RLY-MKK<br>) |
| GLORIA HILL, Personal Representative of the Estate of Alfred Hill, Jr., Deceased, | )<br>)<br>)<br>) |
| Counter Defendant. | )<br>) |
| AMER AL FATLAWI, | )<br>)<br>) |
| Cross Claimant, | )<br>) |
| v. | )<br>) |
| HOBBY LOBBY STORES, INC., and CHRISTOPHER LYLES, | )<br>)<br>) |
| Cross Defendants. | )<br>) |
| AMER AL FATLAWI, | )<br>) |
| Third Party Plaintiff, | )<br>) |
| v. | )<br>) |
| MOVING BUSINESS FAST INT'L, INC., | )<br>) |
| Third Party Defendant. | )<br>) |

**FINAL JUDGMENT**

1

All claims, counterclaims, crossclaims, and third party claims in this case have been resolved. On October 31, 2024, Plaintiff Gloria Hill, Personal Representative of the Estate of Alfred Hill, Jr. ("Estate"); Defendant/Crossclaim Plaintiff Hobby Lobby Stores, Inc. ("Hobby Lobby"); Defendant Christopher Lyles; Defendant/Crossclaim Defendant Amer Al Fatlawi; Defendant Aqeel Alzirgany; and Defendant/Crossclaim Defendant Lolo Trucking, Inc. stipulated to the dismissal with prejudice of the Estate's claims and Hobby Lobby's crossclaims. In an Entry dated today, the court dismissed with prejudice the remaining claims in this case—Counterclaim/Crossclaim/Third Party Plaintiff Fatlawi's claims against the Estate, Lyles, Hobby Lobby, and Moving Business Fast International, Inc.—for failure to prosecute.

Accordingly, the court now enters judgment in favor of Counterclaim Defendant Gloria Hill, Personal Representative of the Estate of Alfred Hill, Jr.; Crossclaim Defendants Hobby Lobby Stores, Inc. and Christopher Lyles; and Third Party Defendant Moving Business Fast International, Inc., and against Counterclaim/Crossclaim/Third Party Plaintiff Amer Al Fatlawi on the claims asserted in Fatlawi's Counterclaim, Crossclaim, and Third Party Complaint. Fatlawi shall take nothing by his complaint.
**IT IS SO ORDERED** this 13th day of May 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

Mail to:
Amer Al Fatlawi
1545 N. 60th Street
Lincoln, NE 68505

Moving Business Fast International, Inc.
907 Old Montgomery Road
Conroe, TX 77301